

1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

# DISTRICT OF NEVADA

8

9   DARRELL JOHN GAUL,

10          Petitioner,                          Case No. 3:08-CV-00337-BES-(VPC)

11   vs.                                         **ORDER**

12   E. K. MCDANIEL, et al.,

13          Respondents.

14

15          The Court ordered (#3) Petitioner to file a complete application to proceed <u>in forma</u>

16   <u>pauperis</u> or to pay the filing fee; Petitioner also needed to file a petition for a writ of habeas

17   corpus.  Petitioner has not complied within the allotted time.

18          IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for

19   Petitioner's failure to comply with the Court's Order (#3).  The Clerk of the Court shall enter

20   judgment accordingly.

21          DATED: This 29th day of April, 2009.

22

23

24                                              BRIAN SANDOVAL
                                               United States District Judge

25

26

27

28