AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*    DISTRICT OF   NEVADA

DARRELL JOHN GAUL,

      Petitioner,        JUDGMENT IN A CIVIL CASE
V.

                            CASE NUMBER: **3:08-cv-00337-BES-VPC**

E.K. MCDANIEL, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for Petitioner's failure to comply with the Court's #3 Order.

  April 30, 2009                                  **LANCE S. WILSON**
                                                                      Clerk

                                                                  /s/ Kalani Lizares
                                                                    Deputy Clerk